United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                   Case No. 24-50106-KMS

Koretta Lean Stokes                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                   Page 1 of 3

Date Rcvd: Aug 04, 2026                    Form ID: ntcdsm                              Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Koretta Lean Stokes, P.O. Box 1906, Monticello, MS 39654-1906 |
| 5326870 | + | First Consumer Financi, PO Box 879, Monticello, MS 39654-0879 |
| 5326871 | | Graceland Portable Bui, P.O. Box 1000, Dept #162, Memphis, TN 38148-0162 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 04 2026 19:51:34 | Bridgecrest Acceptance Corporation, c/o William C. Poole, LLC, 917 Western America Circle Suite 210, Mobile, AL 36609-4114 |
| cr | + | EDI: AISACG.COM | Aug 04 2026 23:48:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2026 19:57:00 | US Bank National Association, Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619094, Dallas, TX 75261-9094 |
| 5326868 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 04 2026 19:57:00 | Bridgecrest Acceptance, 7300 E Hampton Ave, Suite 100, Mesa, AZ 85209-3324 |
| 5346353 | + | EDI: AISACG.COM | Aug 04 2026 23:48:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5328327 | + | Email/Text: FSBank@franklinservice.com | Aug 04 2026 19:57:00 | Brookhaven Radiology Pllc, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5326869 | + | Email/Text: bankruptcy@centuryfirstfcu.com | Aug 04 2026 19:57:00 | CenturyFirst FCU, 3318 Hardy St, Hattiesburg, MS 39401-6962 |
| 5353069 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 19:55:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5326872 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2026 19:57:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5599821 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 04 2026 19:57:00 | Nationstar Mortgage LLC, Janet M. Spears, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5335578 | | EDI: AGFINANCE.COM | Aug 04 2026 23:48:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5326873 | + | EDI: AGFINANCE.COM | Aug 04 2026 23:48:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: ntcdsm | Total Noticed: 19 |

| 5353728 | | EDI: PRA.COM | Aug 04 2026 23:48:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
|---|---|---|---|---|
| 5326874 | + | EDI: SYNC | Aug 04 2026 23:48:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5326875 | + | EDI: SYNC | Aug 04 2026 23:48:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5349563 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2026 19:57:00 | U.S. Bank National Association, as Trustee for..., Nationstar Mortgage LLC Bankruptcy Depar, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee for SPE |
| cr | *+ | CenturyFirst FCU, 3318 Hardy Street, Hattiesburg, MS 39401-6962 |
| cr | *+ | Nationstar Mortgage LLC, Janet M. Spears, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5365739 | ##+ | Eric C Miller, Esq., LOGS Legal Group, LLP, For U.S. Bank National Association, as T, 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 5331060 | ##+ | Nathan Rester, Esq., LOGS LEGAL GROUP LLP, for U.S. Bank N.A. as Trustee, 1080 River Oaks Drive Suite B-202, Flowood MS 39232-7603 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor U.S. Bank National Association  as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 logsecf@logs.com |
| Nathan Rester, I | on behalf of Creditor U.S. Bank National Association  as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-BC1 nathanrester@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Koretta Lean Stokes trollins@therollinsfirm.com |

District/off: 0538-6                     User: mssbad                                      Page 3 of 3
Date Rcvd: Aug 04, 2026                  Form ID: ntcdsm                                   Total Noticed: 19

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Bridgecrest Acceptance Corporation BlacksherW@aol.com
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 7

Form ntcdsm (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**

Southern District of Mississippi

Case No.: 24−50106−KMS
Chapter: 13

In re:
  Koretta Lean Stokes
  aka Koretta L Stokes
  P.O. Box 1906
  Monticello, MS 39654

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
  xxx−xx−3754

Employer Tax Identification No(s). (if any):

**Notice of Dismissal**

You are hereby notified that an Order Dismissing the above case was entered on August 4, 2026.

Dated: 8/4/26                          Danny L. Miller, Clerk of Court
                                       Dan M. Russell, Jr. U.S. Courthouse
                                       2012 15th Street, Suite 244
                                       Gulfport, MS 39501
                                       228−563−1790