_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                   CHAPTER 13 PROCEEDING:
  KORETTA LEAN STOKES                          24-50106 KMS
  P.O. Box 1906
  Monticello, MS  39654                         SSN:  XXX-XX-3754

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

      KINGS DAUGHTER MEDICAL CENTER
      427 HWY 51 NORTH
      Brookhaven, MS  39601

was required to pay debtor's earnings or a portion thereof to:

      DAVID RAWLINGS, TRUSTEE
      LOCK P.O. BOX 871
      HATTIESBURG, MS  39403
      (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net